IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PINE CREEK VALLEY WATERSHED ASSOC., RAYMOND PROFFITT FOUNDATION, THE DELAWARE RIVERKEEPER NETWORK, and THE DELAWARE RIVERKEEPER C/O JOHN WILMER, ESQ., | : : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 14-1478 |
| v. | : : | |
| THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, GINA MCCARTHY, Administrator, and SHAWN GAVIN, Region III Administrator, | : : : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 28th day of September, 2015, after considering the motions for reconsideration filed by the plaintiffs, the Pine Creek Valley Watershed Assoc. and Raymond Proffitt Foundation (Doc. Nos. 45-46), the motion for reconsideration filed by the plaintiffs, the Delaware Riverkeeper Network and the Delaware Riverkeeper (Doc. No. 50), the response in opposition to the motions filed by the defendants (Doc. No. 51), the response in opposition to the motions filed by the intervenors (Doc. No. 52), the reply in support of their motions filed by the plaintiffs, the Pine Creek Valley Watershed Assoc. and Raymond Proffitt Foundation (Doc. No. 53), and the reply in support of their motion filed by the plaintiffs, the Delaware Riverkeeper Network and the Delaware Riverkeeper (Doc. No. 54); and after oral argument held before the undersigned on May 27, 2015; accordingly, and for the reasons expressed in the accompanying

memorandum opinion, it is hereby **ORDERED** that the motions for reconsideration (Doc. Nos. 45-46, 50) are **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.
